**Order entered April 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00388-CV

**ERNEST K. BANKAS, Appellant**

**V.**

**MAUREEN BANKAS, Appellee**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-13471**

## ORDER

Before the Court is appellant's April 20, 2015 "Plea for an Extension." Because appellant's brief is attached to this document, we treat it as a motion for an extension of time to file a brief. Because the clerk's record has not yet been filed, we **DENY** appellant's motion as premature.

The clerk's record is past due. Appellant has filed an affidavit of indigence. A hearing on the contest to the affidavit is scheduled for April 23, 2015. We **ORDER** Felicia Pitre to file by **APRIL 29, 2015**, a supplemental clerk's record containing the trial court's order on the contest.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to the Honorable Mary Brown, Judge of the 301st Judicial District Court, Felicia Pitre, counsel for appellee, and by first-class mail to appellant.

/s/     ELIZABETH LANG-MIERS
JUSTICE